FILED
CLERK, U.S. DISTRICT COURT

MAR 27 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHAVEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN BERNARDINO COUNTY, et al.,<br><br>　　　　　Defendants. | CASE NO. EDCV 07-0809-SJO (JTL)<br><br>**J U D G M E N T** |

　　　In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

　　　IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: _____3/21/08_____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE